

# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: May 7, 2026 11:14AM

JUSTIN CARLSON
110 ANNA ROAD
BLAKESLEE, PA 18610

| Rcpt. No: 333119882 | Trans. Date: May 7, 2026 11:14AM | | | Cashier ID: #DJ (5517) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | DPAM326CV001231<br>DPAM326CV001231<br>**FBO**: JUSTIN CARLSON | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.