JUSTIN CARLSON, *et al.*     :     NO. 3:26-CV-01231
    Plaintiffs     :
    :
    v.     :
    :     (CAMONI, M.J.)
MICHELLE GRAZIANO, *et al.*     :
    Defendants     :

## ORDER

On May 7, 2026, Plaintiffs Justin Carlson and Rebecca Lombard filed a fee paid Complaint. Doc. 1. In the Complaint, Plaintiff Carlson purports to represent Plaintiff VC, a minor, as her guardian. Plaintiff Carlson is not a lawyer and may not represent any other parties to this action.[1] That includes his minor children. *Osei-Afriyie v. Medical College*, 937 F.2d 876, 882 ("a non-lawyer appearing pro se [is] not entitled to play the role of attorney for his children in federal court"). Federal Rule of

---

[1] Plaintiff is advised that he is not permitted to file a complaint or any motions "on behalf of" his unrepresented co-Plaintiffs, even with their express consent. Plaintiff Carlson is not an attorney and therefore cannot represent other parties in federal court. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein) (emphasis added).

Civil Procedure 17(c) controls the manner in which a minor child may sue or be sued in federal court.

THEREFORE, IT IS HEREBY ORDERED that:

(1)     A licensed attorney must enter their appearance to represent VC in this action.

(2)     Failure to comply with this order may result in VC being dismissed as a Plaintiff.

Date: May 21, 2026

*s/Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge