Justin Carlson and Rebecca Lombard
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com
**Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,** **PLAINTIFFS,** | **NO. 3:26-CV-01231** **CAMONI, M.J.** |
| vs. | |
| **MICHELLE GRAZIANO et al.** **DEFENDANTS.** | **PLAINTIFFS' MOTION TO CORRECT CLERICAL CAPTION ERROR IN MAY 21, 2026 ORDER UNDER FED. R. CIV. P. 60(A)** |

Plaintiffs respectfully notify the Court of an apparent clerical error in the caption of the Court's May 21, 2026 Order. The Order bears the correct civil action number, No. 3:26-cv-01231, but the caption identifies Defendants as:

**LUZERNE COUNTY CHILDREN & YOUTH SERVICES, et al.**

That caption is incorrect. Luzerne County Children & Youth Services is not a Defendant in this action. Plaintiffs have not named Luzerne County Children & Youth Services as a party, and this case does not involve Luzerne County.

The correct caption in this action identifies Defendants as:

**MICHELLE GRAZIANO, et al.**

**WHEREFORE**, Plaintiffs respectfully request that the Court correct the caption of the May 21, 2026 Order under Fed. R. Civ. P. 60(a), or otherwise note on the docket that the reference to Luzerne County Children & Youth Services was a clerical caption error. Plaintiffs do not seek reconsideration of the substance of the Order through this motion.

**Respectfully submitted on this day of May 26, 2026**

*Justin Carlson  Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,** <br> **PLAINTIFFS,** <br><br> **vs.** <br><br> **MICHELLE GRAZIANO et al.** <br> **DEFENDANTS.** | **NO. 3:26-CV-01231** <br> **CAMONI, M.J.** <br><br><br> **CERTIFICATE OF USE OF** <br> **GENERATIVE AI** |

I certify that I used OpenAI's ChatGPT to assist with legal research, organization, and polishing/editing portions of this filing. All factual assertions and legal arguments are my own. I personally reviewed and edited the final filing, independently checked the accuracy of the legal authorities and citations relied upon, and verified that the cited authorities accurately pertain to the propositions for which they are used. Because generative AI may inadvertently slightly alter quoted language during editing, I also reviewed quoted material against the source authorities to the best of my ability.

**Respectfully submitted on this day of May 26, 2026**

*Justin Carlson Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com
