UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,**<br>**PLAINTIFFS,**<br> **vs.** <br>**MICHELLE GRAZIANO et al.**<br>**DEFENDANTS.** | **NO. 3:26-CV-01231**<br>**CAMONI, M.J.**<br><br>**[PROPOSED] ORDER**<br>**GRANTING PLAINTIFFS'**<br>**MOTION TO CORRECT**<br>**CLERICAL CAPTION**<br>**ERROR IN MAY 21, 2026**<br>**ORDER UNDER FED. R. CIV.**<br>**P. 60(A)** |

AND NOW, this ___ day of _____, 2026, upon consideration of Plaintiffs' Motion to Correct Clerical Caption Error in the May 21, 2026 Order, IT IS ORDERED that the motion is GRANTED.

The caption of the May 21, 2026 Order shall be corrected to identify Defendants as **"Michelle Graziano, et al."** The reference to **"Luzerne County Children & Youth Services, et al."** was a clerical caption error. No substantive portion of the May 21, 2026 Order is modified by this correction.

Date: _____

Sean A. Camoni

United States Magistrate Judge

1