UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,** **PLAINTIFFS,** | **NO. 3:26-CV-01231** **CAMONI, M.J.** |
| **vs.** | |
| **MICHELLE GRAZIANO et al.** **DEFENDANTS.** | **CERTIFICATE OF SERVICE** |

Plaintiffs filed the foregoing via CM/ECF on May 26, 2026. Because some or all Defendants have not yet appeared, CM/ECF will not effect service on those Defendants. Plaintiffs have served, or will serve the foregoing on each Defendant with the summons and complaint, together with the accompanying brief, and proposed order in the manner required by Fed. R. Civ. P. 4, and will file proof of service for each Defendant as service is completed.

**Respectfully submitted on this day of May 26, 2026**

*Justin Carlson   Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com