Justin Carlson and Rebecca Lombard
justin.carlson.legal@gmail.com
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
**Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,**<br>**PLAINTIFFS,**<br><br>vs.<br>**MICHELLE GRAZIANO et al.**<br>**DEFENDANTS.** | **NO. 3:26-CV-01231**<br>**CAMONI, M.J.**<br><br>**PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO CORRECT CLERICAL CAPTION ERROR IN MAY 21, 2026 ORDER UNDER FED. R. CIV. P. 60(A)** |

## I. PROCEDURAL HISTORY

Plaintiffs filed this civil action against Michelle Graziano, et al. on May 7, 2026 The case was assigned Civil Action No. 3:26-cv-01231. On May 21, 2026, the Court entered an Order **(Dk#4)** concerning representation of minor Plaintiff VC.

## II. STATEMENT OF FACTS

1. Luzerne County Children & Youth Services is not a Defendant in this action.

2. Plaintiffs did not name Luzerne County Children & Youth Services.

3. This case does not involve Luzerne County.

4. The correct caption identifies Defendants as "Michelle Graziano, et al."

PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO CORRECT CLERICAL
CAPTION ERROR IN MAY 21, 2026 ORDER UNDER FED. R. CIV. P. 60(A)

1

5.    Plaintiffs seek only correction of the caption.

6.    Plaintiffs do not seek reconsideration of the substance of the May 21, 2026 Order through this motion.

## III. STATEMENT OF QUESTIONS INVOLVED

Whether the Court should correct the May 21, 2026 Order's caption under Rule 60(a) because it names a nonparty, Luzerne County Children & Youth Services.

**Suggested Answer: Yes.**

## IV. ARGUMENT

The May 21, 2026 Order (**Dk#4**) appears to contain a clerical caption error that will raise complications and confusion moving forward. The civil action number is correct, and the Order concerns this case, but the caption identifies Defendants as "Luzerne County Children & Youth Services, et al." Luzerne County Children & Youth Services is not a Defendant in this case, Plaintiffs did not name that entity as a party, and this case does not involve Luzerne County.

Federal Rule of Civil Procedure 60(a) provides that "*[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record.*"—Fed. R. Civ. P. 60(a). The Rule further provides that the Court "*may do so on motion or on its own, with or without notice.*"—*Id.*

Federal Rule of Civil Procedure 10(a) provides that "*the title of other pleadings, after naming the first party on each side, may refer generally to other parties.*"—Fed. R. Civ. P. 10(a). Michelle Graziano is the first-named Defendant in

Plaintiffs' Complaint while Luzerne County Children & Youth Services is not a Defendant at all. Accordingly, the proper shorthand caption is "Justin Carlson, et al. v. Michelle Graziano, et al."

Correcting the caption would not alter the substance of the May 21, 2026 Order. It would merely correct the docket record to reflect the actual parties in this action.

Because the error is clerical and correction would not modify the Court's substantive ruling, the Court should grant Plaintiffs' motion and correct the caption of the May 21, 2026 Order under Fed. R. Civ. P. 60(a).

## V. CONCLUSION

For these reasons, Plaintiffs respectfully request that the Court grant their motion and correct the caption of the May 21, 2026 Order **(Dk#4)**.

**WHEREFORE**, Plaintiffs respectfully request entry of the accompanying Proposed Order.

**Respectfully submitted on this day of May 26, 2026**

*Justin Carlson  Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com

PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO CORRECT CLERICAL CAPTION ERROR IN MAY 21, 2026 ORDER UNDER FED. R. CIV. P. 60(A)

3

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,**<br>**PLAINTIFFS,**<br><br>vs.<br><br>**MICHELLE GRAZIANO et al.**<br>**DEFENDANTS.** | **NO. 3:26-CV-01231**<br>**CAMONI, M.J.**<br><br><br>**CERTIFICATE OF USE OF**<br>**GENERATIVE AI** |

I certify that I used OpenAI's ChatGPT to assist with legal research, organization, and polishing/editing portions of this filing. All factual assertions and legal arguments are my own. I personally reviewed and edited the final filing, independently checked the accuracy of the legal authorities and citations relied upon, and verified that any cited authorities accurately pertain to the propositions for which they are used. Because generative AI may inadvertently slightly alter quoted language during editing, I also reviewed quoted material against the source authorities to the best of my ability.

**Respectfully submitted on this day of May 26, 2026**

*Justin Carlson    Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com