Justin Carlson and Rebecca Lombard
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com
**Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,** **PLAINTIFFS,** | **NO. 3:26-CV-01231** **CAMONI, M.J.** |
| **vs.** | |
| **MICHELLE GRAZIANO et al.** **DEFENDANTS.** | **EXHIBIT LIST** |

1. **#8 - (5-29-26) CARLSON DECL**

   Plaintiff Justin Carlson's supporting declaration.

2. **#8 - (5-29-26) LOMBARD DECL**

   Plaintiff Rebecca Lombard's supporting declaration.