UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,**<br>**PLAINTIFFS,**<br>**vs.**<br>**MICHELLE GRAZIANO et al.**<br>**DEFENDANTS.** | **NO. 3:26-CV-01231**<br>**CAMONI, M.J.**<br><br>**PLAINTIFF CARLSON'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE MAY 21, 2026 ORDER AND FOR RECOGNITION AS VC'S RULE 17(c)(1)(A) GUARDIAN REPRESENTATIVE** |

I, Justin Carlson, declare:

1.  I am VC's biological father.

2.  Rebecca Lombard and I are VC's only natural guardians.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2026.

**Respectfully submitted on this day of May 29, 2026**

*Justin Carlson*

Justin Carlson

PLAINTIFF CARLSON'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE MAY 21, 2026 ORDER AND FOR RECOGNITION AS VC'S RULE 17(c)(1)(A) GUARDIAN REPRESENTATIVE

1