**JUSTIN CARLSON et al.,**
**PLAINTIFFS,**

vs.

**MICHELLE GRAZIANO et al.**
**DEFENDANTS.**

**NO. 3:26-CV-01231**
**CAMONI, M.J.**

**PLAINTIFF LOMBARD'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE MAY 21, 2026 ORDER AND FOR RECOGNITION AS VC'S RULE 17(c)(1)(A) GUARDIAN REPRESENTATIVE**

I, Rebecca Lombard, declare:

1.    I am VC's biological mother.

2.    Justin Carlson and I are VC's only natural guardians.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2026.

**Respectfully submitted on this day of May 29, 2026**

*Rebecca Lombard*

Rebecca Lombard

PLAINTIFF LOMBARD'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE MAY 21, 2026 ORDER AND FOR RECOGNITION AS VC'S RULE 17(c)(1)(A) GUARDIAN REPRESENTATIVE

1