UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,** **PLAINTIFFS,** | **NO. 3:26-CV-01231** **CAMONI, M.J.** |
| **vs.** | |
| **MICHELLE GRAZIANO et al.** **DEFENDANTS.** | **CERTIFICATE OF NON CONCURRENCE** |

Plaintiffs certify under Local Rule 7.1 that concurrence was not sought because Defendants have not yet been served or appeared in this action. Plaintiffs will serve the May 21, 2026 Order, this Motion and supporting Brief with the summons and complaint in the manner required by Fed. R. Civ. P. 4.

**Respectfully submitted on this day of May 29, 2026**

*Justin Carlson  Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com