Civil Action No.: **3:26–CV–01231–SAC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _MS. DIANA ROSZEL_

was received by me on (date) _MAY 26, 2026._

☑ I personally served the summons on the individual at (place) _1873 CONROY ROAD_
_MONTROSE, PA 18801_    on (date) _MAY 26, 2026_    ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _75_ for travel and $ _75_ for services, for a total of $ _150_ .

I declare under penalty of perjury that this information is true.


_MAY 27, 2026_
Date

_Michael J. Lombard_
Server's Signature

_MICHAEL J. LOMBARD_
Printed name and title

_349 VICTOR TRAVIS ROAD_
_DELHI, LA 70232_
Server's Address

Additional information regarding attempted service, etc: