Civil Action No.: **3:26–CV–01231–SAC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __MS. BRITTANY SMITH__

was received by me on (date) __MAY 26, 2026__.

☑ I personally served the summons on the individual at (place) __1012 PA·706__ __LAWTON/LACEYVILLE, PA__ on (date) __MAY 26, 2026__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ __75__ for travel and $ __75__ for services, for a total of $ __150__ .

I declare under penalty of perjury that this information is true.

__MAY 27, 2026__
Date

__Michael J. Lombard__
Server's Signature

__MICHAEL J. LOMBARD__
Printed name and title

__349 VICTOR TRAVIS ROAD__
__DELHI, LA 71232__
Server's Address

Additional information regarding attempted service, etc:

// I FOLLOWED MS. SMITH'S PARENTS FROM 289 WOODEN ROAD FOR ≈ 35 MINUTES TO MS. SMITH'S LOCATION, ≈ 1500' EAST OF PA-888, TO THE OUTSIDE OF A STRUCTURE THAT LAY TO THE SOUTH OF PA·706. GOOGLE MAPS IDENTIFIES THIS STRUCTURE AS 1012 PA·706. // NOTHING FOLLOWS __Michael J. Lombard__