# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

**JUSTIN CARLSON, ET AL.**

*Plaintiff*

v.

**MICHELLE GRAZIANO, ET AL.**

*Defendant*

Civil Action No.:
**3:26–CV–01231–SAC**
Hon. Sean A. Camoni

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Justin Carlson
171 Elkview Dr.
Forest City, PA 18421

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER J. WELSH**

*CLERK OF COURT*

**s/ – Nicole R Reynolds**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026–05–07 11:59:23**, Clerk USDC MDPA

Civil Action No.: **3:26–CV–01231–SAC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _MS. HEATHER OUSLEY_

was received by me on (date) _01 JUNE, 2026_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _MS. DEBRA LIN *_ , who is

designated by law to accept service of process on behalf of (name of organization) _CHILDREN'S_

_HOSPITAL OF PHILADELPHIA_ on (date) _02 JUNE, '26_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _25_ for travel and $ _25_ for services, for a total of $ _50_ .

I declare under penalty of perjury that this information is true.

_03 JUNE, 2026_
Date

_Michael J. Lombard_
Server's Signature

_MICHAEL J. LOMBARD_
Printed name and title

_349 VICTOR TRAVIS ROAD_
_DELHI, LA  71232_
Server's Address

Additional information regarding attempted service, etc:

**\* MS. LIN IS SECRETARY TO EXECUTIVE VP & GENERAL COUNSEL, JEFFREY KAHN, LOCATED AT 734 SCHUYLKILL AVENUE.**