# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

**JUSTIN CARLSON, ET AL.**

*Plaintiff*

v.

**MICHELLE GRAZIANO, ET AL.**

*Defendant*

Civil Action No.:
**3:26–CV–01231–SAC**
Hon. Sean A. Camoni

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Justin Carlson
        171 Elkview Dr.
        Forest City, PA 18421

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**PETER J. WELSH**

*CLERK OF COURT*

**s/ – Nicole R Reynolds**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026–05–07 11:59:23**, Clerk USDC MDPA

Civil Action No.: **3:26–CV–01231–SAC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **DR. ALEXANDRA MEDDRO**
was received by me on (date) **01 JUNE, 2026**.

☐ I personally served the summons on the individual at (place)_____
_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) **MS. DEBRA LIN \*** , who is
designated by law to accept service of process on behalf of (name of organization) **CHILDREN'S
HOSPITAL OF PHILADELPHIA** on (date) **02 JUNE, '26**; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ **25** for travel and $ **25** for services, for a total of $ **50** .

I declare under penalty of perjury that this information is true.

**03 JUNE, 2026**
Date

*Michael J. Lombard*
Server's Signature

**MICHAEL J. LOMBARD**
Printed name and title

**349 VICTOR TRAVIS ROAD
DELHI, LA   71232**
Server's Address

Additional information regarding attempted service, etc:

**\* MS. LIN IS SECRETARY TO EXECUTIVE VP & LEGAL COUNSEL,
JEFFREY KAHN, LOCATED AT 734 SCHUYLKILL AVENUE.** *MJL*

Civil Action No.: **3:26–CV–01231–SAC**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _OFC. BRIAN GRIFFIN *1_

was received by me on (date) _02 JUNE 2026._

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _MS. MARTA SANCHEZ_ , who is

designated by law to accept service of process on behalf of (name of organization) _CITY of_

_PHILADELPHIA *2,3_____ on (date) 03 JUNE,'26; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :



My fees are $ _25_ for travel and $ _25_ for services, for a total of $ _50_ .

I declare under penalty of perjury that this information is true.


_03 JUNE, 2026_
      Date

_____
      Server's Signature

_MICHAEL J. LOMBARD_
      Printed name and title

_349 VICTOR TRAVIS ROAD_
_DELHI, LA  71232_
      Server's Address

Additional information regarding attempted service, etc:

*1 NAME SHOWN ON PACKET ENVELOPE. ML

*2 MS. SANCHEZ TELEPHONICALLY VERIFIED THAT THE CITY
   ATTORNEY ACCEPTED OFC. GRIFFIN'S PACKET. THIS CALL
   WAS AT 1502 HRS, SAME DAY. ML
*3 /515 ARCH STREET. ML

Civil Action No.: 3:26–CV–01231–SAC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __MS. BRITTANY SMITH__

was received by me on (date) __MAY 26, 2026__.

☑ I personally served the summons on the individual at (place) __1012 PA·706__
__LAWTON/LACEYVILLE, PA__ on (date) __MAY 26, 2026__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____; or

☐ Other (specify) :

My fees are $ __75__ for travel and $ __75__ for services, for a total of $ __150__.

I declare under penalty of perjury that this information is true.

__MAY 27, 2026__
Date

__Michael J. Lombard__
Server's Signature

__MICHAEL J. LOMBARD__
Printed name and title

__349 VICTOR TRAVIS ROAD__
__DELHI, LA 71232__
Server's Address

Additional information regarding attempted service, etc:

// I FOLLOWED MS. SMITH'S PARENTS FROM 289 WOODEN ROAD FOR ≈ 35 MINUTES TO MS. SMITH'S LOCATION, ≈ 1500' EAST OF PA-868, TO THE OUTSIDE OF A STRUCTURE THAT LAY TO THE SOUTH OF PA·706. GOOGLE MAPS IDENTIFIES THIS STRUCTURE AS 1012 PA·706. // NOTHING FOLLOWS __Michael J. Lombard__

Civil Action No.: **3:26-CV-01231-SAC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) *CHILDREN'S HOSPITAL PHILADELPHIA*

was received by me on (date) *01 JUNE, 2026.*

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) *MS. DEBRA LIN ✶* , who is

designated by law to accept service of process on behalf of (name of organization) *CHILDREN'S*

*HOSPITAL OF PHILADELPHIA* on (date) *02 JUNE, '26* or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ **25** for travel and $ **25** for services, for a total of $ **50** .

I declare under penalty of perjury that this information is true.

*03 JUNE, 2026*
Date

*Michael J. Lombard*
Server's Signature

*MICHAEL J. LOMBARD*
Printed name and title

*349 VICTOR TRAVIS ROAD*
*DELHI, LA 71232*
Server's Address

Additional information regarding attempted service, etc:

**✶ MS. LIN IS SECRETARY TO EXECUTIVE VP & GENERAL COUNSEL, JEFFREY KAHN, LOCATED AT 734 SCHUYLKILL AVENUE.** *ML*

Civil Action No.:  3:26-CV-01231-SAC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __MS. DIANA ROSZEL__

was received by me on (date)__MAY 26, 2026.__

✓ I personally served the summons on the individual at (place)__1873 CONROY ROAD__
__MONTROSE, PA 18801__       on (date)__MAY 26, 2026__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____; or

☐ Other (specify) :


My fees are $ __75__ for travel and $ __75__ for services, for a total of $ __150__ .

I declare under penalty of perjury that this information is true.


__MAY 27, 2026__                    _____
Date                                          Server's Signature

                                     __MICHAEL J. LOMBARD__
                                          Printed name and title

                                     __349 VICTOR TRAVIS ROAD__
                                     __DELHI, LA 70232__
                                          Server's Address

Additional information regarding attempted service, etc:

Civil Action No.: **3:26–CV–01231–SAC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _MS. HEATHER OUSLEY_

was received by me on (date) _01 JUNE, 2026_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _MS. DEBRA LIN *_ , who is

designated by law to accept service of process on behalf of (name of organization) _CHILDREN'S_

_HOSPITAL OF PHILADELPHIA_ on (date) _02 JUNE, '26_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _25_ for travel and $ _25_ for services, for a total of $ _50_ .

I declare under penalty of perjury that this information is true.

_03 JUNE, 2026_
Date

_Michael J. Lombard_
Server's Signature

_MICHAEL J. LOMBARD_
Printed name and title

_349 VICTOR TRAVIS ROAD_
_DELHI, LA   71232_
Server's Address

Additional information regarding attempted service, etc:

*MS. LIN IS SECRETARY TO EXECUTIVE VP & GENERAL COUNSEL, JEFFREY KAHN, LOCATED AT 734 SCHUYLKILL AVENUE. MJL

Civil Action No.: **3:26–CV–01231–SAC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) *MS. JACQUELINE CHANDLER*

was received by me on (date) *01 JUNE, 2026*

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) *MS. DEBRA LIN* * _____ , who is

designated by law to accept service of process on behalf of (name of organization) *CHILDREN'S*

*HOSPITAL OF PHILADELPHIA* _____ on (date) *02 JUNE, '26* ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _*25*_ for travel and $ _*25*_ for services, for a total of $ _*50*_ .

I declare under penalty of perjury that this information is true.

_*03 JUNE, 2026*_                    ___*Michael J. Lombard*___
    Date                                        Server's Signature

                                ___*MICHAEL J. LOMBARD*___
                                    Printed name and title

                            ___*349 VICTOR TRAVIS ROAD*___
                            ___*DELHI, LA   71232*___
                                  Server's Address

Additional information regarding attempted service, etc:

* *MS. LIN IS SECRETARY TO EXECUTIVE VP & GENERAL COUNSEL, JEFFREY KAHN, LOCATED AT 734 SCHUYLKILL AVENUE. ML*

Civil Action No.: **3:26–CV–01231–SAC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _ATTY. JENNIFER McCAMBRIDGE_

was received by me on (date)_ _01 JUNE, 2026._

☑ I personally served the summons on the individual at (place)_ **305 LINDEN STREET**
_SCRANTON, PA_____ on (date)_ _01 JUNE, 2026____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date)_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date)_____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ __50__ for travel and $ __50__ for services, for a total of $ _100_____.

I declare under penalty of perjury that this information is true.


_03 JUNE, 2026_
        Date

_Michael J. Lombard_
        Server's Signature

_MICHAEL J. LOMBARD_
        Printed name and title

_349 VICTOR TRAVIS ROAD_
_DELHI, LA 71232_
        Server's Address

Additional information regarding attempted service, etc:

Civil Action No.: 3:26–CV–01231–SAC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **MS. LINDSEY KUNKLE**

was received by me on (date) **01 JUNE, 2026.**

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) **MS. DEBRA LIN \***, who is

designated by law to accept service of process on behalf of (name of organization) **CHILDREN'S**

**HOSPITAL OF PHILADELPHIA** on (date) **02 JUNE '26**; or

☐ I returned the summons unexecuted because_____; or

☐ Other (specify) :

My fees are $ **25** for travel and $ **25** for services, for a total of $ **50**.

I declare under penalty of perjury that this information is true.

**03 JUNE, 2026**
Date

_____
Server's Signature

**MICHAEL J. LOMBARD**
Printed name and title

**349 VICTOR TRAVIS ROAD**
**DELHI, LA  71232**
Server's Address

Additional information regarding attempted service, etc:

**\* MS. LIN IS SECRETARY TO EXECUTIVE VP & LEGAL COUNSEL,**
**JEFFREY KAHN, LOCATED AT 734 SCHUYLKILL AVENUE.**

Civil Action No.: **3:26–CV–01231–SAC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **MS. MORGAN SILFIES**
was received by me on (date) **01 JUNE, 2026**.

☐ I personally served the summons on the individual at (place)_____
_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) **MR. JAMES PETTINATO \*1** , who is
designated by law to accept service of process on behalf of (name of organization) **WAYNE**
**MEMORIAL HOSPITAL \*2**_____ on (date) **01 JUNE, '26**; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :
_____

My fees are $ **25** for travel and $ **25** for services, for a total of $ **50** .

I declare under penalty of perjury that this information is true.

**03 JUNE, 2026**
Date

_Michael J. Lombard_
Server's Signature

**MICHAEL J. LOMBARD**
Printed name and title

**349 VICTOR TRAVIS ROAD**
**DELHI, LA   71232**
Server's Address

Additional information regarding attempted service, etc:

**\* MR. PETTINATO IS CEO OF WAYNE. MJL**
**\*2 601 PARK STREET, HONESDALE, PA MJL**

Civil Action No.: **3:26–CV–01231–SAC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (name of individual and title, if any) **OFC. OLUFEMI BELLO \*2**

was received by me on (date) **02 JUNE, 2026.**

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) **MS. MARTA SANCHEZ** , who is

designated by law to accept service of process on behalf of (name of organization) **CITY of**

**PHILADELPHIA \*1,3** on (date) **03 JUNE '26** ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ **25** for travel and $ **25** for services, for a total of $ **50** .

I declare under penalty of perjury that this information is true.

**03 JUNE, 2026**
Date

_~~Michael J. Lombard~~_
Server's Signature

**MICHAEL J. LOMBARD**
Printed name and title

**349 VICTOR TRAVIS ROAD**
**DELHI, LA   71232**
Server's Address

Additional information regarding attempted service, etc:

**\*1 MS. SANCHEZ TELEPHONICALLY VERIFIED THAT THE CITY ATTORNEY ACCEPTED OFC. BELLO'S PACKET. THIS CALL WAS AT 1502 HRS, SAME DAY. ML**
**\*2 NAME SHOWN ON PACKET ENVELOPE. ML**
**\*3 1515 ARCH STREET. ML**

Civil Action No.: **3:26–CV–01231–SAC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __CITY OF PHILADELPHIA__

was received by me on (date) __02 JUN 2026__.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __MS. MARTA SANCHEZ__ , who is

designated by law to accept service of process on behalf of (name of organization) __CITY OF__

__PHILADELPHIA *__ on (date) __03 JUNE, '26__; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ __25__ for travel and $ __25__ for services, for a total of $ __50__ .

I declare under penalty of perjury that this information is true.

__03 JUNE, 2026__
Date

_Michael J. Lombard_
Server's Signature

__MICHAEL J. LOMBARD__
Printed name and title

__349 VICTOR TRAVIS ROAD__
__DELHI, LA  71232__
Server's Address

Additional information regarding attempted service, etc:

__* 1515 ARCH STREET. MM__

Civil Action No.:  3:26–CV–01231–SAC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __DR. SALMAN ZAHID__

was received by me on (date)___DI JUNE, 2026.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __MS. WYNTER NEWMAN *__ , who is

designated by law to accept service of process on behalf of (name of organization) __WAYNE__

__MEMORIAL COMMUNITY HEALTH CEN. *2__on (date) __DI JUNE, '26__ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ __25__ for travel and $ __25__ for services, for a total of $ __50__ .

I declare under penalty of perjury that this information is true.

__03 JUNE 2026__
Date

__Michael J. Lombard__
Server's Signature

__MICHAEL J. LOMBARD__
Printed name and title

__349 VICTOR TRAVIS ROAD__
__DELHI, LA  71232__
Server's Address

Additional information regarding attempted service, etc:

* MS. NEWMAN IS CEO OF WAYNE MEMORIAL COMMUNITY HEALTH CENTER.

*2 600 MAPLE AVENUE, HONESDALE, PA

Civil Action No.:  **3:26–CV–01231–SAC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ___DR. SERGEI ROUMIANTSEY___

was received by me on (date) ___01 JUNE, 2026.___

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual)  ___MS. DEBRA LIN ＊___ , who is

designated by law to accept service of process on behalf of (name of organization) ___CHILDREN'S___
___HOSPITAL OF PHILADELPHIA___ on (date) ___02 JUNE, '26___ or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ __25__ for travel and $ __25__ for services, for a total of $__50__ .

I declare under penalty of perjury that this information is true.

___03 JUNE, 2026___
Date

_Michael J. Lombard_
Server's Signature

___MICHAEL J. LOMBARD___
Printed name and title

___349 VICTOR TRAVIS ROAD___
___DELHI, LA  71232___
Server's Address

Additional information regarding attempted service, etc:

**＊ MS. LIN IS SECRETARY TO EXECUTIVE VP & LEGAL COUNSEL,
JEFFREY KAHN, LOCATED AT 734 SCHUYLKILL AVENUE.** ML

Civil Action No.: **3:26–CV–01231–SAC**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _DR. SHEILA HOCKMAN_

was received by me on (date) _01 JUNE, 2026._

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _MS. WYNTER NEWMAN_ ✳ , who is

designated by law to accept service of process on behalf of (name of organization) _WAYNE_

_MEMORIAL COMMUNITY HEALTH CEN._✳2 on (date) _01 JUNE, '26_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _25_ for travel and $ _25_ for services, for a total of $ _50_ .

I declare under penalty of perjury that this information is true.

_03 JUNE, 2026_
Date

_Michael J. Lombard_
Server's Signature

_MICHAEL J. LOMBARD_
Printed name and title

_349 VICTOR TRAVIS ROAD_
_DELHI, LA  71232_
Server's Address

Additional information regarding attempted service, etc:

✳ MS. NEWMAN IS CEO OF WAYNE MEMORIAL COMMUNITY HEALTH
CENTER.
✳2 600 MAPLE AVENUE, HONESDALE, PA

Civil Action No.: **3:26–CV–01231–SAC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **SUSQUEHANNA COUNTY**

was received by me on (date) **04 JUNE 2026.**

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) **MS. REBECCA HUBBARD** , who is

designated by law to accept service of process on behalf of (name of organization)_____

**SUSQUEHANNA COUNTY**_____ on (date) **04 JUNE, '26** ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ **50** for travel and $ **50** for services, for a total of $ **100** .

I declare under penalty of perjury that this information is true.

**04 JUNE 2026**
_____
Date

_~Michael J. Lombard~_
Server's Signature

**MICHAEL J. LOMBARD**
Printed name and title

**349 VICTOR TRAVIS ROAD**
**DELHI, LA   71232**
Server's Address

Additional information regarding attempted service, etc:

**MS. HUBBARD ACCEPTED SUMMONS AND PACKET AT COUNTY
BUILDING IN MONTROSE AT 1315 HRS.** _MJL_

Civil Action No.: **3:26–CV–01231–SAC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **WAYNE MEMORIAL HOSPITAL**

was received by me on (date) **01 JUNE, 2026.**

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) **MR. JAMES PETTINATO\*** , who is

designated by law to accept service of process on behalf of (name of organization) **WAYNE**

**MEMORIAL HOSPITAL \*2**_____ on (date) **01 JUNE, 26** ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ __**25**__ for travel and $ __**25**__ for services, for a total of $ __**50**__ .

I declare under penalty of perjury that this information is true.

__**03 JUNE, 2026**__          _____
Date                  *Server's Signature*

__**MICHAEL J. LOMBARD**__
*Printed name and title*

**349 VICTOR TRAVIS ROAD**
**DELHI, LA   71232**
*Server's Address*

Additional information regarding attempted service, etc:

**\* MR PETTINATO IS CEO OF WAYNE. ML**
**\*2 601 PARK STREET, HONESDALE, PA ML**