**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JUSTIN CARLSON; REBECCA LOMBARD:
LOMBARD; VC, a Minor, by    :
JUSTIN CARLSON, Guardian   :

         :

     Plaintiffs   :

  vs.       :  CIVIL ACTION - LAW
         :  JURY TRIAL DEMANDED

MICHELLE GRAZIANO, in her individual :
capacity; DIANNA ROSZEL, in her  :  NO. 3:26-CV-01231
individual capacity; BRITTANY SMITH, :
in her individual capacity; JENNIFER :
McCAMBRIDGE; SUSQUEHANNA  :
COUNTY PENNSYLVANIA, acting through :
Susquehanna County Children and  :
Youth Services; CHILDREN'S HOSPITAL :
OF PHILADELPHIA; LINDSEY KUNKLE; :
DR. ALEXANDRA MEDORO; DR. SERGEI :
ROUMIANTSEV; JACQUELINE   :
CHANDLER; HEATHER OUSLEY;  :
WAYNE MEMORIAL HOSPITAL;  :
MORGAN SILFIES; DR. SALMAN ZAHID; :
DR. SHEILA HOCKMAN; CITY OF  :
PHILADELPHIA; OFFICER JOHN DOE 1, :
in his individual capacity; OFFICER JOHN :
DOE 2, in his individual capacity; VALERIE :
A. ARKOOSH, in her official capacity as :
Secretary of the Pennsylvania Department of :
Human Services     :
    Defendants   :

## PRAECIPE FOR ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, Wayne Memorial

Hospital, in the above-captioned matter.

Respectfully submitted,

**HILL FENSTERMAKER, LLC**

By: _____

JOHN R. HILL, ESQUIRE
Attorney ID: 54046
1 W. Broad St, Suite 210
Bethlehem, PA 18018
(610) 694-1100
john@hillfenstermaker.com

Date: June 12, 2026