## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUSTIN CARLSON; REBECCA LOMBARD:
LOMBARD; VC, a Minor, by :
JUSTIN CARLSON, Guardian :
                                :
             Plaintiffs :
     vs. :      CIVIL ACTION - LAW
                                :      JURY TRIAL DEMANDED
MICHELLE GRAZIANO, in her individual :
capacity; DIANNA ROSZEL, in her :      NO. 3:26-CV-01231
individual capacity; BRITTANY SMITH, :
in her individual capacity; JENNIFER :
McCAMBRIDGE; SUSQUEHANNA :
COUNTY PENNSYLVANIA, acting through :
Susquehanna County Children and :
Youth Services; CHILDREN'S HOSPITAL :
OF PHILADELPHIA; LINDSEY KUNKLE; :
DR. ALEXANDRA MEDORO; DR. SERGEI :
ROUMIANTSEV; JACQUELINE :
CHANDLER; HEATHER OUSLEY; :
WAYNE MEMORIAL HOSPITAL; :
MORGAN SILFIES; DR. SALMAN ZAHID; :
DR. SHEILA HOCKMAN; CITY OF :
PHILADELPHIA; OFFICER JOHN DOE 1, :
in his individual capacity; OFFICER JOHN :
DOE 2, in his individual capacity; VALERIE :
A. ARKOOSH, in her official capacity as :
Secretary of the Pennsylvania Department of :
Human Services :
             Defendants :

## CERTIFICATE OF SERVICE

I, John R. Hill, Esquire, hereby certify that on the __12th__ day of _June,_

2026, I served a true and correct copy of the Praecipe for Entry of Appearance and

Demand for Jury Trial on behalf of Defendant, Wayne Memorial Hospital, via

Email and Certified Mail, upon the following:

Justin Carlson and Rebecca Lombard
171 Elkview Dr
Forest City, PA 18421
justin.carlson.legal@gmail.com
*(Pro se)*

Respectfully submitted,

**HILL FENSTERMAKER, LLC**

By:_____

JOHN R. HILL, ESQUIRE
Attorney ID: 54046
1 W. Broad St, Suite 210
Bethlehem, PA 18018
(610) 694-1100
john@hillfenstermaker.com