# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUSTIN CARLSON; REBECCA LOMBARD :
LOMBARD; VC, a Minor, by          :
JUSTIN CARLSON, Guardian       :

                  :

           Plaintiffs     :

     vs.               :     CIVIL ACTION - LAW
                  :     JURY TRIAL DEMANDED

MICHELLE GRAZIANO, in her individual :
capacity; DIANNA ROSZEL, in her    :     NO. 3:26-CV-01231
individual capacity; BRITTANY SMITH, :
in her individual capacity; JENNIFER :
McCAMBRIDGE; SUSQUEHANNA     :
COUNTY PENNSYLVANIA, acting through :
Susquehanna County Children and   :
Youth Services; CHILDREN'S HOSPITAL :
OF PHILADELPHIA; LINDSEY KUNKLE; :
DR. ALEXANDRA MEDORO; DR. SERGEI :
ROUMIANTSEV; JACQUELINE      :
CHANDLER; HEATHER OUSLEY;    :
WAYNE MEMORIAL HOSPITAL;     :
MORGAN SILFIES; DR. SALMAN ZAHID; :
DR. SHEILA HOCKMAN; CITY OF    :
PHILADELPHIA; OFFICER JOHN DOE 1, :
in his individual capacity; OFFICER JOHN :
DOE 2, in his individual capacity; VALERIE :
A. ARKOOSH, in her official capacity as  :
Secretary of the Pennsylvania Department of :
Human Services             :
           Defendants   :

## DEMAND FOR JURY TRIAL

A jury trial is demanded by Defendant, Wayne Memorial Hospital, in the above captioned action.

Respectfully submitted,

**HILL FENSTERMAKER, LLC**

By: _____
JOHN R. HILL, ESQUIRE
Attorney ID: 54046
1 W. Broad St, Suite 210
Bethlehem, PA 18018
(610) 694-1100
john@hillfenstermaker.com

Date: June 12, 2026