# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| Justin Carlson, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-01231-SAC |
| Michelle Graziano, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michelle Graziano, Dianna Roszel, Brittany Smith, Jennifer McCambridge, Susquehanna County, Acting
through Susquehanna County Children & Youth Services, only

Date:     06/15/2026

*Attorney's signature*

Frank L. Tamulonis, Jr.
*Printed name and bar number*

Lieberman & Tamulonis
111 East Market Street
Pottsville, PA  17901

*Address*

ftamulonis@lthlawfirm.com
*E-mail address*

(570) 622-1988
*Telephone number*

(570) 622-3261
*FAX number*