**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUSTIN CARLSON, ET AL., | : | Civil Action No. **3:26-cv-01231-SAC** |
| | : | |
| Plaintiff | : | |
| vs. | : | Judge Sean A. Camani |
| | : | |
| MICHELLE GRAZIANO, ET AL., | : | |
| | : | |
| Defendants | : | (electronically filed) |

**MOTION OF DEFENDANTS, MICHELLE GRAZIANO, DIANNA ROSZEL, BRITTANY SMITH, JENNIFER MCCAMBRIDGE and  SUSQUEHANNA COUNTY, ACTING THROUGH SUSQUEHANNA COUNTY CHILDREN & YOUTH SERVICES, TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, Michelle Graziano, Dianna Roszel, Brittany Smith, Jennifer McCambridge, Susquehanna County, Acting through Susquehanna County Children & Youth Services (hereinafter referred to as Susquehanna County Defendants), by and through their attorneys Lieberman & Tamulonis move to dismiss Plaintiff's Complaint pursuant to F.R.Civ.P. 12(b)(6) for reasons to be set forth in the Brief of Susquehanna County Defendants' in Support of the Motion to Dismiss.

In support of the Motion, Susquehanna County Defendants will submit the following:

Exhibit A – Documents relating to August 4, 2024 Childline referral – redacted.

Exhibit B – Documents relating to August 12 Childline referral – redacted.

Exhibit C – Documents relating to October 15 Childline referral -- redacted.

Exhibit D – Trial Court Supplemental Opinion in Support of August 14, 2024 Order -- redacted.

Exhibit E – Trial Court Supplemental Opinion in Support of October 15, 2024 Order.

Exhibit F – Trial Court Supplemental Opinion in Support of December 10, 2024 Order.

Respectfully submitted,
**LIEBERMAN & TAMULONIS**

By:___*S/Frank L. Tamulonis, Jr.*_____
        Frank L. Tamulonis, Jr.
        Attorney ID No. PA20808
        Attorneys for Defendants,
        Michelle Graziano, Dianna Roszel,
        Brittany Smith, Jennifer McCambridge,
        Susquehanna County, Acting through
        Susquehanna County Children & Youth
        Services