**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUSTIN CARLSON, ET AL., | : | Civil Action No. **3:26-cv-01231-SAC** |
| | : | |
| Plaintiff | : | |
| vs. | : | Judge Sean A. Camani |
| | : | |
| MICHELLE GRAZIANO, ET AL., | : | |
| | : | |
| Defendants | : | (electronically filed) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 15th day of June, 2026, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Justin Carlson | John R Hill, Esquire |
| VC, a minor, by Justin Carlon, Guardian | Hill Fenstermaker LLC |
| Rebecca Lombard | One Bethlehem Plaza |
| 171 Elkview Drive | 1 W. Broad St |
| Forest City, PA 18421 | Suite 210 |
| Email: justin.carlson.legal@gmail.com | Bethlehem, PA 18018 |
| Pro Se Plaintiffs | Email: john@hillfenstermaker.com |
| | Attorneys for Defendant |
| | Wayne Memorial Hospital |

I hereby certify that a copy of the foregoing document has been served on the following non-CM/ECF participant by depositing the same in the United States Mail, postage prepaid, in Pottsville, Pennsylvania on June 16th, 2026:

Children's Hospital of Philadelphia
c/o Ms. Debra Lin
Children's Hospital of Philadelphia
734 Schuylkill Avenue
Philadelphia, PA 19146
Defendant

Ms. Lindsey Kunkle
c/o Ms. Debra Lin
Children's Hospital of Philadelphia
734 Schuylkill Avenue
Philadelphia, PA 19146
Defendant

Dr. Alexandra Medro
c/o Ms. Debra Lin
Children's Hospital of Philadelphia
734 Schuylkill Avenue
Philadelphia, PA 19146
Defendant

Dr. Sergei Roumiantsev
c/o Ms. Debra Lin
Children's Hospital of Philadelphia
734 Schuylkill Avenue
Philadelphia, PA 19146
Defendant

Ms. Jacqueline Chandler
c/o Ms. Debra Lin
Children's Hospital of Philadelphia
734 Schuylkill Avenue
Philadelphia, PA 19146
Defendant

Ms. Heather Ousley
c/o Ms. Debra Lin
Children's Hospital of Philadelphia
734 Schuylkill Avenue
Philadelphia, PA 19146
Defendant

Ms. Morgan Silfies
c/o Mr. James Pettinato
Wayne Memorial Hospital
601 Park Street
Honesdale, PA 18431
Defendant

Dr. Salman Zahid
c/o Ms. Wynter Newman
Wayne Memorial Community Health Center
600 Maple Avenue
Honesdale, PA 18431
Defendant

Dr. Sheila Hockman
c/o Ms. Wynter Newman
Wayne Memorial Community Health Center
600 Maple Avenue
Honesdale, PA 18431
Defendant

City of Philadelphia
1515 Arch Street
Philadelphia, PA 19102
Defendant

Officer Brian Griffin  
c/o City of Philadelphia  
1515 Arch Street  
Philadelphia, PA 19102  
Defendant  

Valerie A. Arkoosh, Secretary  
Department of Human Services  
Office of Administration  
P.O. Box 2675  
Harrisburg, PA 17105-2675  
Defendant  

Officer Olufemi Bello  
c/o City of Philadelphia  
1515 Arch Street  
Philadelphia, PA 19102  
Defendant  

**LIEBERMAN & TAMULONIS**

BY: _S/Frank L. Tamulonis, Jr._  
  Frank L. Tamulonis, Jr., Esquire  
  Attorney l.D. #PA20808  
  Attorneys for defendants  
  Michelle Graziano, Dianna Roszel,  
  Brittany Smith, Jennifer McCambridge,  
  Susquehanna County, Acting through  
  Susquehanna County Children & Youth  
  Services  
  111 E. Market Street  
  Pottsville, PA 17901  
  (570) 622-1988  
  Fax: (570) 622-3261  
  Email: _ftamulonis@lthlawfirm.com_