**Gmail**

**Justin Carlson <env.justin@gmail.com>**

# Re: PPD - identifying and salary information on officers responding to CHOP on 8/12/24 at 8:00pm

**Gianna McDevitt** <righttoknow@phila.gov>                    Fri, May 29, 2026 at 2:01 PM
Reply-To: Gianna McDevitt <righttoknow@phila.gov>
To: env.justin@gmail.com
Cc: police.righttoknow@phila.gov

Re: PPD - identifying and salary information on officers responding to CHOP on 8/12/24 at 8:00pm
Request #: 37946

Dear Justin Carlson:

Without confirming or denying who responded to the incident you've described, the first and last names of officers with badge numbers you provided are:

BRIAN Griffin, badge 6663

OLUFEMI Bello, badge 1193

STEPHEN Hamsbarger, badge 4458.

With their first and last name, you will be able to confirm their compensation on the opendataphilly.org.

Be advised, the City does have records of an officer Alegwa with badge 237.

Have a great day.
[Quoted text hidden]
[Quoted text hidden]