Justin Carlson and Rebecca Lombard
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com
**Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,** **PLAINTIFFS,** | **NO. 3:26-CV-01231** **CAMONI, M.J.** |
| vs. | |
| **MICHELLE GRAZIANO et al.** **DEFENDANTS.** | **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)** |

Plaintiffs move under Fed. R. Civ. P. 65(a) for a preliminary injunction against Defendant Children's Hospital of Philadelphia ("CHOP"). As set forth more fully in the accompanying Brief in Support and the simultaneously filed exhibits and other supporting materials, Plaintiffs request an order requiring CHOP to delete genetic data and derivative outputs obtained or created as a result of the August 12, 2024 seizure of V.C., to cease any use or disclosure of that information, and to certify compliance under oath.

In support, Plaintiffs state as follows:

1.  Plaintiffs request a preliminary injunction directing CHOP to:

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST
DEFENDANT CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)                                   1

a.  delete all genetic data and derivative outputs obtained or created as a result of the August 12, 2024 seizure of V.C., including raw genetic test data, sequence or variant files, interpretive reports, and any copies maintained in CHOP medical records, laboratories, archives, backup systems, servers, emails, spreadsheets, PDFs, or other repositories within CHOP's custody or control;

b.  cease any use or disclosure of that information pending final adjudication;

c.  direct any agents, vendors, laboratories, contractors, affiliates, repositories, and any other third parties, in any location, that received, stored, processed, analyzed, maintained, or otherwise possess such data or outputs by or through CHOP's transmission, disclosure, upload, transfer, or other provision of the data, whether on CHOP's behalf or otherwise, to do the same;

d.  file a sworn certification from a knowledgeable CHOP official identifying each repository from which deletion occurred and attaching any third-party certifications of compliance; and

e.  file a sworn certification from a knowledgeable CHOP official identifying every location where any genetic data or derivative outputs were stored,

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST
DEFENDANT CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)

2

maintained, transmitted, copied, analyzed, or otherwise existed, and every person or entity to whom such data or outputs were sent, disclosed, uploaded, transferred, or otherwise provided, and certifying deletion from each such location while attaching all third-party certifications of compliance.

2. Plaintiffs seek this relief because CHOP obtained and continues to retain the challenged genetic data only by virtue of state-asserted custody and state-enabled authorization that Plaintiffs contend were unconstitutional. As set forth in the accompanying brief, Plaintiffs are likely to succeed in showing that:

   a. V.C. was seized on August 12, 2024 without oath, affirmation, and without reasonable and articulable evidence giving rise to a reasonable suspicion that she had been abused or was in imminent danger of abuse;

   b. CHOP acted under color of state law, or as a willful participant in joint activity with the State, in acquiring and retaining the genetic data;

   c. continued retention and potential use or disclosure of Plaintiffs' and V.C.'s genetic data constitutes ongoing irreparable injury that cannot be adequately remedied by money damages; and

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST
DEFENDANT CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)                    3

d. the balance of equities and the public interest favor narrow injunctive relief requiring deletion, nonuse, nondisclosure, and sworn certification.

3. In accordance with Local Rule 7.3, Plaintiffs file simultaneously with this Motion the accompanying brief, exhibits, transcripts, correspondence, and other supporting materials on which this Motion relies.

4. Plaintiffs request a prompt hearing on this Motion at the Court's convenience, to the extent the Court determines a hearing is necessary under Rule 65(a).

5. Under Fed. R. Civ. P. 65(c), Plaintiffs request that the Court waive security or, alternatively, set nominal security in the amount of $100, for the reasons set forth in the accompanying brief.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this Motion, enter the accompanying Proposed Order, and adopt the accompanying Proposed Findings of Fact and Conclusions of Law.

**Respectfully submitted on this day of June 19, 2026**

*Justin Carlson   Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST
DEFENDANT CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JUSTIN CARLSON et al.,**
**PLAINTIFFS,**

vs.

**MICHELLE GRAZIANO et al.**
**DEFENDANTS.**

**NO. 3:26-CV-01231**
**CAMONI, M.J.**

**CERTIFICATE OF USE OF**
**GENERATIVE AI**

I certify that I used OpenAI's ChatGPT to assist with legal research, organization, and polishing/editing portions of this filing. All factual assertions and legal arguments are my own. I personally reviewed and edited the final filing, independently checked the accuracy of the legal authorities and citations relied upon, and verified that the cited cases and authorities accurately pertain to the propositions for which they are used. Because generative AI may inadvertently slightly alter quoted language during editing, I also reviewed quoted material against the source authorities to the best of my ability.

**Respectfully submitted on this day of June 19, 2026**

*Justin Carlson  Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST
DEFENDANT CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)