UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,** **PLAINTIFFS,** | **NO. 3:26-CV-01231** **CAMONI, M.J.** |
| vs. | |
| **MICHELLE GRAZIANO et al.** **DEFENDANTS.** | **PLAINTIFFS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)** |

**0. EX-0-Exhibit-Excerpts.pdf**

*This document contains all the pertinent factual excerpts cited in Plaintiffs' motion papers and directs the reader to the full attached exhibit and page where each excerpt may be found.*

**1. EX-1-Documents.pdf**

*Contains relevant pages from raw documents. Full documents can be provided upon request.*

*August 13 Shelter Care Application* …………………………………………….. 1

*August 13 Custody Orders* …………………………………………………... 2 - 9

*Juvenile Docket List* …………………………………………...……... 10 - 16

*August 14 Shelter Care Hearing Transcripts* …………….…………... 17 - 43

*October 15 Injunction Hearing Transcripts* ………...……………..…… 44 - 52

*August 12 City Code Violations* …………………………………………... 53

*CHOP's Refusal to Delete Letter* …………………………………….. 54 - 56

*Wayne's No Abuse Report* …………………………………………………………. 57

*Transcript Email* …………..………………………………………………………. 58

2.  ***removed***

3.  ***removed***

4.  **EX-4-August-12-Morning-Rounds-1-converted.mp3**

5.  **EX-5-August-12-Morning-Rounds-2-converted.mp3**

    *Audio files from Plaintiffs Aug 12 morning meeting with CHOP's care team before the verbal order and seizure.*

6.  **EX-6-August-12-Separation-converted.mp3**

    *Audio from Plaintiffs Aug 12 arrest and removal from CHOP*

7.  **EX-7-August-15-Morning-Rounds-converted.mp3**

    *Audio of Plaintiffs Aug 15 morning meeting with CHOP's care team after reunification*