**Placeholder for exhibits 4-7.**

- **EX-4-August-12-Morning-Rounds-1-converted.mp3**
- **EX-5-August-12-Morning-Rounds-2-converted.mp3**
- **EX-6-August-12-Separation-converted.mp3**
- **EX-7-August-15-Morning-Rounds-converted.mp3**

A flash drive containing exhibits 4-7 have been mailed to the court and parties. See certificate of service for mailing addresses.