UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN CARLSON et al.,**<br>**PLAINTIFFS,** | **NO. 3:26-CV-01231**<br>**CAMONI, M.J.** |
| **vs.** | |
| **MICHELLE GRAZIANO et al.**<br>**DEFENDANTS.** | **CERTIFICATE OF SERVICE** |

I certify that on June 18, 2026, I served a true and correct copy of the foregoing Motion for Preliminary Injunction, Brief in Support, Proposed Findings of Fact and Conclusions of Law, Proposed Order, exhibits, and supporting materials as follows:

**I. Parties Appearing Through Counsel**

The following parties have appeared through counsel. Service was made through the Court's CM/ECF system. Because certain supporting materials were provided in electronic format on a flash drive, a copy of the flash drive was also served by U.S. Mail upon counsel of record:

**Susquehanna County, Michelle Graziano, Diana Roszel, Brittany Smith, and Jennifer McCambridge**

Frank L. Tamulonis, Jr.
Lieberman & Tamulonis
111 East Market Street
Pottsville, PA 17901
ftamulonis@lthlawfirm.com

**Wayne Memorial Hospital**

John R. Hill
Hill Fenstermaker, P.C.
1 West Broad Street, Suite 210
Bethlehem, PA 18018
john@hillfenstermaker.com

## II. Served Parties Who Have Not Yet Appeared

The following parties have been served but have not yet appeared. Service was made by U.S. Mail to their last known addresses and included the complete filing packet and flash drive containing electronic materials:

**The Children's Hospital of Philadelphia, Lindsey Kunkel, Dr. Alexandra Medoro, Dr. Sergei Roumiantsev, Jacqueline Chandler, and Heather Ousley**

Attn: Jeffrey D. Kahn, Executive Vice President & General Counsel
Children's Hospital of Philadelphia
3401 Civic Center Boulevard
Philadelphia, PA 19104

**Morgan Silfies, Dr. Salman Zahid, and Dr. Sheila Hockman**

Attn: James Pettinato, BSN, MHSA, CCRN-K
Wayne Memorial Hospital
601 Park Street
Honesdale, PA 18431

**City of Philadelphia, Brian Griffin (Badge No. 6663), and Olufemi Bello (Badge No. 1193)**

Attn: Renee Garcia, City Solicitor
Attn: Kate Redding, Assistant City Solicitor
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
renee.garcia@phila.gov
kate.redding@phila.gov

## III. Parties Not Yet Served

The following parties had not yet been served as of the date of this filing. A copy of the foregoing materials and flash drive will be included with their service packets:

**Valerie A. Arkoosh**

Attn: Kenneth J. Serafin, Chief Counsel
Pennsylvania Department of Human Services
Health & Welfare Building
625 Forster Street
Harrisburg, PA 17120

**Respectfully submitted on this day of June 19, 2026**

*Justin Carlson   Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com