# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JUSTIN CARLSON et al.,**
**PLAINTIFFS,**

vs.

**MICHELLE GRAZIANO et al.**
**DEFENDANTS.**

**NO. 3:26-CV-01231**
**CAMONI, M.J.**

**PLAINTIFFS' NOTICE OF MAILING OF FLASH DRIVE TO CLERK'S OFFICE**

Plaintiffs hereby notify the Court that, on June 19, 2026, Plaintiffs mailed a flash drive containing the audio exhibit files referenced in **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)** and supporting filings filed on **June 19, 2026** to the Clerk's Office at the following address:

Clerk of Court
United States District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

The flash drive contains:

- **EX-4-August-12-Morning-Rounds-1-converted.mp3**
- **EX-5-August-12-Morning-Rounds-2-converted.mp3**
- **EX-6-August-12-Separation-converted.mp3**
- **EX-7-August-15-Morning-Rounds-converted.mp3**

**Respectfully submitted on this day of June 19, 2026**

*Justin Carlson  Rebecca Lombard*

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr. Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com