**JUSTIN CARLSON et al.,**
**PLAINTIFFS,**

vs.

**MICHELLE GRAZIANO et al.**
**DEFENDANTS.**

**NO. 3:26-CV-01231**
**CAMONI, M.J.**

**PLAINTIFFS' NOTICE OF MAILING OF FLASH DRIVE TO CLERK'S OFFICE**

Plaintiffs hereby notify the Court that, on June 19, 2026, Plaintiffs mailed a flash drive containing the audio exhibit files referenced in **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT CHILDREN'S HOSPITAL OF PHILADELPHIA (CHOP)** and supporting filings filed on **June 19, 2026** to the Clerk's Office at the following address:

Clerk of Court
United States District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

FILED
SCRANTON

JUN 24 2026

PER_____
DEPUTY CLERK

The flash drive contains:

- **EX-4-August-12-Morning-Rounds-1-converted.mp3**
- **EX-5-August-12-Morning-Rounds-2-converted.mp3**
- **EX-6-August-12-Separation-converted.mp3**
- **EX-7-August-15-Morning-Rounds-converted.mp3**

**Respectfully submitted on this day of June 19, 2026**

Justin Carlson    Rebecca Lombard

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr. Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com



Justin Carlson
171 Elkview Dr.
Forest City, PA 18421

Clerk of Court
United States District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Ave
Scranton, PA 18501-1148

FOREVER / USA

RECEIVED
SCRANTON

JUN 24 2026

PER_____ DJ

DEPUTY CLERK