**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JUSTIN CARLSON, et al., | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 26-cv-1231-SAC** |
| MICHELLE GRAZIANO, et al., | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### DEFENDANT CITY OF PHILADELPHIA'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant City of Philadelphia hereby moves this Court to dismiss all claims against it pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.  In support thereof, the City incorporates the attached Memorandum of Law.

Respectfully submitted,

Date: June 24, 2026

/s/ *Laquan T. Lightfoot*
Laquan T. Lightfoot
Senior Attorney
Attorney Identification No. 318716
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 685-8403
*laquan.lightfoot@phila.gov*
*Counsel for Defendant, City of Philadelphia*