**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JUSTIN CARLSON, et al.,** | : |
| | : |
| **Plaintiffs,** | : |
| | : **CIVIL ACTION** |
| **v.** | : |
| | : **No. 26-cv-1231-SAC** |
| **MICHELLE GRAZIANO, et al.,** | : |
| | : |
| **Defendants.** | : |
| | : |

## ORDER

AND NOW, this         day of        , 2026, upon consideration of the

Motion to Dismiss Plaintiffs' Complaint filed by Defendant City of Philadelphia, and any response

thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiffs' claims against

the City of Philadelphia are dismissed with prejudice.

BY THE COURT:

_____
THE HONORABLE SEAN A. CAMONI