**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JUSTIN CARLSON, et al.,** | : |
| | : |
| | : |
| **Plaintiffs,** | : |
| | : **CIVIL ACTION** |
| **v.** | : |
| | : **No. 26-cv-1231-SAC** |
| **MICHELLE GRAZIANO, et al.,** | : |
| | : |
| **Defendants.** | : |
| | : |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, Defendant City of Philadelphia's Motion to Dismiss

and supporting documents were filed *via* the Court's electronic filing system and are available for

downloading.  Additionally, a copy of this filing was served *via* first-class mail to:

Justin Carlson and Rebecca Lombard
171 Elkview Dr.
Forest City, PA  18421

Respectfully submitted,

Date: June 24, 2026

*/s/ Laquan T. Lightfoot*
Laquan T. Lightfoot
Senior Attorney
Attorney Identification No. 318716
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 685-8403
*laquan.lightfoot@phila.gov*
*Counsel for Defendant, City of Philadelphia*