**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUSTIN CARLSON, et al.,** | : | **Civ. No. 3:26-CV-1231** |
| | : | |
| **Plaintiffs,** | : | **(Judge Wilson)** |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **MICHELLE GRAZIANO, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 24th day of August 2026, upon consideration of the plaintiffs' motion for leave to file a surreply brief (Doc. 87), IT IS ORDERED that the motion is GRANTED as follows:

The motion for leave to file is GRANTED and the clerk will file the proposed surreply brief (Doc. 87-2).

The defendants may file a surrebuttal limited to issues raised in the surreply on or before **September 7, 2026**.

*S/Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge