UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JUSTIN CARLSON et al.,**
**PLAINTIFFS,**
**vs.**
**MICHELLE GRAZIANO et al.**
**DEFENDANTS.**

**NO. 3:26-CV-01231**
**(JUDGE WILSON)**
**(MAG. JUDGE CARLSON)**

**PLAINTIFFS' CERTIFICATION OF SERVICE PURSUANT TO DOC. 93**

Plaintiffs certify compliance with the Court's August 21, 2026 Order [Doc. 93].

On August 25, 2026, Plaintiffs transmitted Plaintiffs' Motion for Entry of Default [Doc. 56], supporting Brief [Doc. 57], and the Court's August 21, 2026 Order [Doc. 93] by email to counsel for the City of Philadelphia and separately to City Solicitor Renee Garcia and Chief Deputy City Solicitor Danielle Walsh, requesting assistance with delivery to Defendants Brian Griffin and Olufemi Bello pursuant to the Court's Order.

Ms. Walsh, with Ms. Garcia included in the correspondence, acknowledged receipt and responded, "I'll take care of this Mr. Carlson, thank you." A copy of that correspondence is attached as Exhibit-A.

Plaintiffs therefore certify compliance with paragraph 2 of the Court's August 21, 2026 Order [Doc. 93].

**Respectfully submitted on this day of August 26, 2026**

Justin Carlson Rebecca Lombard

Justin Carlson; Rebecca Lombard; and
VC, a Minor, by Justin Carlson
171 Elkview Dr.
Forest City, PA 18421
570-234-9808
justin.carlson.legal@gmail.com