Gmail

**Justin Carlson <justin.carlson.legal@gmail.com>**

## Court-Ordered Delivery to Officers Brian Griffin and Olufemi Bello — Carlson v. Graziano, No. 3:26-CV-1231

3 messages

**Justin Carlson** <justin.carlson.legal@gmail.com> Tue, Aug 25, 2026 at 3:16 AM
To: renee.garcia@phila.gov, danielle.walsh@phila.gov

Ms. Garcia,

I am a pro se Plaintiff in *Carlson et al. v. Graziano et al.*, Civil No. 3:26-CV-1231, pending in the Middle District of Pennsylvania.

Pursuant to the Court's August 21, 2026 Order [Doc. 93], attached are Plaintiffs' Motion for Entry of Default, supporting brief, and the Court's Order concerning Philadelphia Police Officers Brian Griffin and Olufemi Bello.

The Court ordered Plaintiffs to serve the motion and Order upon Officers Griffin and Bello and requested that counsel for the related Defendant City of Philadelphia assist in resolving the matter. Because I do not have personal mailing addresses for the officers, please confirm whether the Law Department can accept these documents and ensure delivery to Officers Griffin and Bello. If not, please provide the appropriate mailing or service address for each officer.

I am also mailing hard copies addressed to the officers through the Philadelphia Police Department's 18th District and to:

City of Philadelphia
Law Department
Attn: Renee Garcia, City Solicitor
One Parkway Building
1515 Arch Street
Philadelphia, PA 19102

Justin Carlson
570-234-9808

**3 attachments**

**93-8-21-26-ORDER-OFFICERS-RESPOND.pdf**
147K

**56-7-9-26-ENTRY-DEFAULT-OFFICERS.pdf**
534K

**57-7-9-26-ENTRY-DEFAULT-OFFICERS-BRIEF.pdf**
350K

**Danielle Walsh** <Danielle.Walsh@phila.gov> Tue, Aug 25, 2026 at 8:23 AM
To: Justin Carlson <justin.carlson.legal@gmail.com>, Renee Garcia <Renee.Garcia@phila.gov>

I'll take care of this Mr.Carlson, thank you.

Get Outlook for iOS

**From:** Justin Carlson <justin.carlson.legal@gmail.com>
**Sent:** Tuesday, 25 August 2026 03:16:57
**To:** Renee Garcia <Renee.Garcia@Phila.gov>; Danielle Walsh <Danielle.Walsh@phila.gov>
**Subject:** Court-Ordered Delivery to Officers Brian Griffin and Olufemi Bello — Carlson v. Graziano, No. 3:26-CV-1231

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

---

[Quoted text hidden]

---

**Justin Carlson** <justin.carlson.legal@gmail.com> Tue, Aug 25, 2026 at 3:37 PM
To: Danielle Walsh <Danielle.Walsh@phila.gov>
Cc: Renee Garcia <Renee.Garcia@phila.gov>

Thank you, Ms. Walsh.

Justin
[Quoted text hidden]